2026R00623/LDK/EJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED

OCT 02 2026

AT 8:30 12:50 p.m. M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (JKS) |
| | : | |
| v. | : | Crim. No. 26-483 |
| | : | |
| VLADIMIR OSORIO | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 1951(a) |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

## COUNT ONE
(Possession of Ammunition by a Convicted Felon)

On or about February 19, 2026, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**VLADIMIR OSORIO,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely one round of 9mm ammunition, and the ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Hobbs Act Robbery)

On or about February 19, 2026, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**VLADIMIR OSORIO,**

did knowingly and willfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely, Victim-1, Victim-2, and Victim-3.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

(Using, Carrying, and Discharging a Firearm
During and in Relation to a Crime of Violence)

On or about February 19, 2026, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**VLADIMIR OSORIO,**

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Two of this Indictment, did knowingly use and carry a firearm, which firearm was discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g), and Title 18, United States Code, Section 924(c)(1)(A)(iii), as charged in Counts One and Three, respectively, of this Indictment, the defendant,

**VLADIMIR OSORIO**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to one round of 9-millimeter ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of the offense in violation of Title 18, United States Code, Section 1951, as charged in Count Two of this Indictment, the defendant,

**VLADIMIR OSORIO,**

shall forfeit to the United States: (1) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense; and (2) pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses.

## SUBSTITUTE ASSETS PROVISION
(Applicable to All Forfeiture Allegations)

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

[redacted]

FOREPERSON

ROBERT FRAZER
United States Attorney

Lauren Kober
Eli Jacobs
Assistant U.S. Attorneys

Approved by:

Elaine K. Lou
Chief, Criminal Division

CASE NUMBER: 26-483 (JKS)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**VLADIMIR OSORIO**

# INDICTMENT FOR

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 1951(a)**
**18 U.S.C. § 924(c)(1)(A)(iii)**

**A True Bill,**

[redacted]

**Foreperson**

ROBERT FRAZER
UNITED STATES ATTORNEY

LAUREN KOBER
ELI JACOBS
ASSISTANT U.S. ATTORNEYS
NEWARK, NEW JERSEY
973-645-6104